IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DESMOND LACKEY**                                                                                          **PLAINTIFF**

V.                              **CASE NO. 5:24-CV-5002**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                                  **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 28) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, dated February 2, 2026, regarding the Motion for Attorney's Fees (Doc. 25) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 25) is **GRANTED**, and the Court hereby orders that Plaintiff is entitled to compensation under 42 U.S.C. § 406(b) in the amount of **$20,847.00**. Counsel is to remit to Plaintiff **$5,975.60**, the smaller fee awarded pursuant to the EAJA.

**IT IS SO ORDERED** on this 18th day of February, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE